HEIRS OF CALLER *versus* MALONE et. al.

*Scire Facias* to the representatives of an estate, to make them parties to a suit, must be directed to them, as such.

The Supreme Court will not entertain an *exparte* motion to make individuals parties to a suit, on the return of a general *scire facias* only served on them, without evidence of their representative character.

This was a motion, submitted on the part of the plaintiffs, praying that William Crawford might be made a party to the above suit, as representative of the estate of Shields. A *sci. fa.* had before issued generally and had been returned, executed on Crawford.

LIPSCOMB, C. J.—At the last Term of this Court, the death of Samuel B. Shields was suggested and an award of *scire facias* prayed, to make his representatives parties. The *scire facias* issued, was in general terms, to the representatives of Shields, without designating them by name, or characterising them as administrators or executors; this *scire facias* was served on William Crawford.

The plaintiffs now move to make William Crawford and Benjamin Glover parties as administrators. The only evidence of their being administrators is the record of another suit in this Court, where they have been made parties as administrators.

There has been no appearance, and the application is wholly *exparte*. The motion must be overruled, and the plaintiffs, when they have satisfied themselves that the persons now sought to be made parties, are the administrators, they can have a *sci. fa.* directed to them as such.